**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| KIMBERLY MEADOR, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC. <br><br> Defendant. | Civil Action No. 6:15-CV-00715-MHS-KNM |

**JOINT STIPULATION REGARDING RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANT APPLE INC.'S MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COME, Plaintiffs Kimberly Meador, Individually and as Guardian for L.M., a Minor; Amos Standard, Individually, and on behalf of the Estate of Shari Standard, Deceased; and Russell Jones, Individually, and on behalf of the Estate of Sandra Jones, Deceased ("Plaintiffs") and Defendant Apple Inc. ("Apple"), and hereby file this Joint Stipulation Regarding Response to Plaintiffs' First Amended Complaint (Dkt. No. 33) and Defendant Apple Inc.'s Motion to Dismiss (Dkt. No. 7).

II.

Apple filed a Motion to Dismiss on September 17, 2015 (Dkt. No. 7). Plaintiffs filed their response on October 19, 2015 (Dkt. No. 11) and Apple filed its reply on November 6, 2015 (Dkt. No. 14). This Motion was fully briefed when Plaintiffs filed their Sur-Reply on November 16, 2015 (Dkt. No. 15). Subsequently, Plaintiffs filed a First Amended Complaint on April 22, 2016 (Dkt.

No. 33).  For efficiency and to avoid duplicative briefing being filed, Plaintiffs and Apple hereby stipulate that all briefing including and in response to Apple's Motion to Dismiss (Dkt. Nos. 7, 11, 14, and 15) shall apply and be responsive to Plaintiffs' First Amended Complaint, Dkt. No. 33.

Dated:  May 6, 2016

Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Debby Gunter
State Bar No. 24012752
Findlay Craft, P.C.
Principal Office:
102 N. College Ave. Suite 900
Tyler, Texas  75702
Tel:  (903) 534-1100
Fax:  (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com
Email: dgunter@findlaycraft.com

*Counsel for Defendant Apple Inc.*

/s/ Gregory P. Love
Gregory P. Love
State Bar No. 24013060
Love Law Firm, P.C.
P.O. Box 948
Henderson TX 75653-0948
903-690-7100
903-392-2267 (Fax)
greg@lovetrialfirm.com

Ron Adkison
State Bar No. 00921090
Adkison Law Firm
300 West Main Street
Henderson, Texas 75652
903-657-8454
903-657-6108 (Fax)

2

>John F. (Jack) Walker, III
>State Bar No. 00785167
>Marisa Schouten
>State Bar No. 24039163
>Martin Walker, PC
>121 N. Spring Ave.
>Tyler, TX 75702
>903-521-1600
>903-595-0796 (Fax)
>jwalker@martinwalkerlaw.com
>
>*Counsel for Plaintiffs*

### **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 6, 2016, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). This Motion was served on all counsel by electronic filing.

>*/s/ Eric H. Findlay*
>Eric H. Findlay

> John F. (Jack) Walker, III
> State Bar No. 00785167
> Marisa Schouten
> State Bar No. 24039163
> Martin Walker, PC
> 121 N. Spring Ave.
> Tyler, TX 75702
> 903-521-1600
> 903-595-0796 (Fax)
> jwalker@martinwalkerlaw.com
>
> *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 6, 2016, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). This Motion was served on all counsel by electronic filing.

> */s/ Eric H. Findlay*
> Eric H. Findlay