# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KIMBERLY MEADOR, INDIVIDUALLY, AND AS GUARDIAN FOR L.M., A MINOR; AMOS STANDARD, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF SHARI STANDARD, DECEASED; AND RUSSELL JONES, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF SANDRA JONES, DECEASED;<br><br>      Plaintiffs,<br>v.<br><br>APPLE, INC.;<br><br>      Defendant. | No. 6:15-cv-00715-MHS |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs submit this notice of supplemental authority to the Court to be considered in connection with Plaintiffs' Motion to Compel (Dkt. # 32) pending in the above-captioned case.

Supplemental Authority:

(1) *Graham v. Ensco Offshore Co.*, No. 13-6588, 2015 U.S. Dist. LEXIS 24241, at *6 (E.D. La. 2015)(The court rejects defendant's subsequent remedial measures argument as a basis for preventing discovery of this material. Fed. R. Civ. P. 26(b)(1) expressly provides that "[r]elevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence."); see also, *Brazos River Auth. v. GE Ionics, Inc.*, 469 F.3d 416, 429 (5th Cir. 2006).

(2) *Grenada Steel Industries, Inc. v. Alabama Oxiygen Co.,* 695 F.2d 883, 886-887 (5th Cir. 1983)(Rule 407 "does not require the exclusion of evidence of subsequent measures when offered for another purpose, such as proving...feasibility of precautionary measures, if controverted...").

Dated:  May 27, 2016.                           Respectfully submitted,


/s/ *Gregory P. Love*
Gregory P. Love
State Bar No. 24013060
Love Law Firm, P.C.
P.O. Box 948
Henderson TX 75653-0948
903-690-7100
903-392-2267 (Fax)
greg@lovetrialfirm.com

Ron Adkison
State Bar No. 00921090
Adkison Law Firm
300 West Main Street
Henderson, Texas 75652
903-657-8454
903-657-6108 (Fax)

John F. (Jack) Walker, III
Martin Walker, PC
121 N. Spring Ave.
Tyler, TX 75702
903-526-1600
903-595-0796 (Fax)
jwalker@martinwalkerlaw.com

**COUNSEL FOR PLAINTIFFS**

**Certificate of Service**

      I certify that on May 27, 2016, a copy of the forgoing document was electronically filed on the CM/ECF system per Local Rule CV-5(a)(3), which will automatically serve a Notice of Electronic Filing on the following attorneys of defendant, Apple, Inc., who are deemed to have consented to electronic service:

Eric H. Findlay, Esq.
Brian Craft, Esq.,
Debby Gunter, Esq.
Findlay Craft, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
efindlay@findlaycraft.com
bcraft@findlaycraft.com
dgunter@findlaycraft.com

                                          /s/ *Gregory P. Love*
                                          Gregory P. Love