# EXHIBIT L

# *It Can Wait* Compulsion Survey





# Methodology

- Telephone survey with 1,004 respondents
- 100% cell phone sample
- National survey
- Survey fielded May 20-28, 2014
- Qualification criteria includes the following:
  1. Between the ages of 16 and 65
  2. Own a cell phone
  3. Text at least once a day
  4. Drive almost every day at a minimum

# There is a near universal agreement that texting while driving is dangerous, yet three-fourths of drivers have texted while driving



**Texting while driving is dangerous**

2%

98%

■ Yes

■ No

BASE: All respondents (n=1,004)

Do you believe texting while driving is dangerous?

Page 3

# Overall, almost three-fourths (74%) of drivers have done one or more of these texting-related activities behind the wheel



SUMMARY: Incidence of texting while driving

- Read a text message while you're driving — 43%
- Send a text message while you're driving — 27%
- Read a text message while you're stopped at a red light or stop sign — 66%
- Send a text message while you're stopped at a red light or stop sign — 49%
- Glance at your phone while you're driving to see if there are any new text messages — 34%
- Glance at your phone while you're stopped at a red light to see if there are any new text messages — 49%

BASE: All respondents (n=1,004)

* Difference is statistically significant

How often, on average, do you do the following?



# Many drivers who text while driving do so because they want to stay connected and are used to being attached to their phone



Please tell me if any of the following reasons apply to you.

# A majority of those who have downloaded an app to stop texting while driving find them to be very effective

*And those who are most likely to text and drive are the most likely to have taken action to stop themselves from texting while driving



How effective did you find this app to be in helping to reduce or eliminate your texting while driving?

Page 6

# Most drivers feel good about themselves when they took action to stop texting and driving



**How felt after taking action to stop texting while driving**
Those who replied "yes" to each action

| | |
|---|---|
| Positive/Good | 82% |
| Anxious | 13% |
| Frustrated | 6% |
| Isolated | 5% |
| Socially excluded | 3% |
| Depressed | 1% |

BASE: Respondents who took action to stop texting while driving  (n=366)

When you took action to stop your texting and driving, how did you feel about not being able to text and drive?

at&t

# Dr. David Greenfield Smartphone Compulsion Test

| Question | % Yes |
|---|---|
| 1. Do you sleep with your cell or smartphone (turned on) under your pillow or next to your bed regularly? | 61% |
| 2. Do you feel ill-at-ease or uncomfortable when you accidentally leave your smartphone in the car or at home, have no service or have a broken phone? | 53% |
| 3. Do you feel reluctant to be without your cell or smartphone, even for a short time? | 35% |
| 4. Do you wish you could be a little less involved with your cell or smartphone? | 35% |
| 5. Do you feel your use of your cell or smartphone decreases your productivity at times? | 35% |
| 6. Do you find yourself mindlessly checking your cell or smartphone many times a day, even when you know there is likely nothing new or important to see? | 34% |
| 7. When your cell or smartphone rings, beeps or buzzes, do you feel an intense urge to check for texts, tweets, emails, updates, etc.? | 33% |
| 8. Do you find yourself spending more time on your cell or smartphone than you realize? | 30% |
| 9. Has the amount of time you spend on your cell or smartphone been increasing? | 27% |
| 10. Do you find yourself spending more time texting, tweeting or emailing as opposed to talking to people in person? | 24% |
| 11. When you eat meals, is your cell or smartphone always part of the table place setting? | 23% |
| 12. Do you find yourself viewing and answering texts, tweets and emails at all hours of the day and night—even when it means interrupting other things you are doing? | 21% |
| 13. Do you seem to lose track of time when on your cell or smartphone? | 21% |
| 14. Do you find yourself mindlessly passing time on a regular basis by staring at your cell or smartphone? | 20% |
| 15. Do you text, email, tweet or surf while driving or doing other similar activities that require your focused attention and concentration? | 18% |

* Difference is statistically significant

Please reply yes or no to the following questions.

at&t

