IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| KIMBERLY MEADOR | § | |
| | § | |
| V. | § | CIVIL NO. 6:15CV715 |
| | § | |
| APPLE, INC. | § | |

MINUTES FOR HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JULY 12, 2017

OPEN: 2:01 pm　　　　　　　　　　　　　　　　　　　　　　　ADJOURN: 3:49 pm

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | See Attorney Sign In Sheet |
| ATTORNEYS FOR DEFENDANT: | See Attorney Sign In Sheet |
| LAW CLERK: | David Mlaver |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Darlene May |

| | |
|---|---|
| 2:01 pm | Case called, parties announced ready, Court welcomes parties |
| 2:03 pm | Mr. Greg Love begins argument on objections to Report and Recommendation (dkt. #54) |
| 2:11 pm | Court questions Mr. Love; Mr. Love responds |
| 2:17 pm | Court questions Mr. Love; Mr. Love responds |
| 2:20 pm | Court questions Mr. Love; Mr. Love responds |
| 2:30 pm | Court questions Mr. Love; Mr. Love responds |
| 2:35 pm | Court questions Mr. Love; Mr. Love responds |

| | |
|---|---|
| 2:41 pm | Court questions Mr. Love; Mr. Love responds |
| 2:48 pm | Court questions Mr. Love; Mr. Love responds |
| 2:54 pm | Court questions Mr. Love; Mr. Love responds |
| 2:56 pm | Court questions Mr. Love; Mr. Love responds |
| 3:02 pm | Court questions Mr. Love; Mr. Love responds |
| 3:03 pm | Mr. Eric Findlay responds |
| 3:08 pm | Court questions Mr. Findlay; Mr. Findlay responds |
| 3:10 pm | Court questions Mr. Findlay; Mr. Findlay responds |
| 3:15 pm | Court questions Mr. Findlay; Mr. Findlay responds |
| 3:20 pm | Court questions Mr. Findlay; Mr. Findlay responds |
| 3:25 pm | Court questions Mr. Findlay; Mr. Findlay responds |
| 3:28 pm | Court questions Mr. Findlay; Mr. Findlay responds |
| 3:32 pm | Mr. Love responds |
| 3:36 pm | Court questions Mr. Love; Mr. Love responds |
| 3:37 pm | Court questions Mr. Love; Mr. Love responds |
| 3:42 pm | Court questions Mr. Love; Mr. Love responds |
| 3:45 pm | Mr. Findlay responds |
| 3:48 pm | Court advises parties to come up with a short briefing schedule on the concurrent cause analysis issues - to be completed within three weeks |
| 3:49 pm | Recess |