UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **KIMBERLY MEADOR, AMOS STANDARD and RUSSELL JONES,** | § § § § | |
| **Plaintiffs,** | § § § | |
| v. | § § | CAUSE NO. 6:15-CV-00715-RWS-KNM |
| **APPLE, INC.,** | § § § | |
| **Defendant.** | § § § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting the Magistrate Judge's Report and Recommendation, it is hereby **ORDERED** that all of the Plaintiffs' claims against the Defendant be dismissed *with prejudice* and final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 17th day of August, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE