UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KIMBERLY MEADOR, INDIVIDUALLY, AND AS GUARDIAN FOR L.M., A MINOR; AMOS STANDARD, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF SHARI STANDARD, DECEASED; AND RUSSELL JONES, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF SANDRA JONES, DECEASED.<br><br>        Plaintiffs,<br><br>v.<br><br>APPLE, INC.<br><br>        Defendant. | Case No. 6:15-cv-715-MHS-KNM |

**NOTICE OF APPEAL**

Notice is hereby given that Kimberly Meador, Individually, and as Guardian for L. M., a minor; Amos Standard, Individually, and on behalf of the Estate of Shari Standard, Deceased, and Russell Jones, Individually, and on behalf of the Estate of Sandra Jones, deceased, (all "plaintiffs" in the above-named case); hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the Order Adopting Report and Recommendation of United States Magistrate Judge (Doc.#79) and Final Judgment (Doc. #80) entered in this action on the seventeenth day of August, 2017.

                                            Respectfully submitted,

                                            /s/ _Gregory P. Love_
                                            Gregory P. Love
                                            Texas Bar No. 24013060

**LOVE LAW FIRM, PC**
P. O. Box 948
Henderson, Texas 75653
Telephone: (903) 212-4444
Facsimile:  (903) 392-2267
greg@lovetrialfirm.com

Ron Adkison
State Bar No. 00921090
**ADKISON LAW FIRM**
300 West Main Street
Henderson, Texas 75652
903-657-8454
903-657-6108 (Fax)

John F. (Jack) Walker, III
State Bar No. 00785167
Marisa Schouten
State Bar No. 24039163
**MARTING WALKER, PC**
121 N. Spring Ave.
Tyler, TX 75702
903-521-1600
903-595-0796 (Fax)
jwalker@martinwalkerlaw.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of September, 2017.

*/s/ Gregory P. Love*
Gregory P. Love