# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 28, 2019

Mr. David O'Toole
U.S. District Court, Eastern District of Texas
211 W. Ferguson Street
Room 106
Tyler, TX 75702

    No. 17-40968    Kimberly Meador, et al v. Apple, Inc.
                           USDC No. 6:15-CV-715

Dear Mr. O'Toole,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Stacy M. Carpenter, Deputy Clerk